UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 2:07-CR-0494-FCD |
| GILBERTO CARRILLO OCHOA | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: **GILBERTO CARRILLO OCHOA**

Detained at (custodian): **SAN JOAQUIN COUNTY JAIL**

Detainee is:
- a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
  charging detainee with: <u>Deported Alien Found in the United States</u>
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature: /s/Kyle F. Reardon
Printed Name & Phone No: KYLE F. REARDON /916-554-2782
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/15/07

_____
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Gilberto Carrillo-Ochoa, aka Gilberto Carillo | Male X Female | |
| Booking or CDC #: | Booking No. 07-26655 | DOB: | |
| Facility Address: | 7000 N. Canliss Blvd. | Race: | |
| | French Camp, CA 95231 | FBI #: 725508EC4 | |
| Facility Phone: | 209-468-4565 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ By: _____
                                           (Signature)