CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
GILBERTO CARRILLO OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-494 FCD |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| GILBERTO CARRILLO OCHOA, | DATE:  MARCH 24, 2008<br>TIME:   10:00 a.m. |
| Defendant. | JUDGE:  Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant GILBERTO CARRILLO OCHOA, that the status conference scheduled for March 3, 2008, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on March 24, 2008, at 10:00 a.m. for possible change of plea.

This continuance is requested by the defense in order to allow the Probation Department additional time requested to prepare its report in this matter, and to permit further client consultation following said report's preparation.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

Defense counsel has received written consent from Assistant US Attorney Kyle Reardon, via e-mail, to this request.

//////

DATED:  March 3, 2008                     /s/ Clemente M. Jiménez
                                          CLEMENTE M. JIMÉNEZ

                                          Attorney for Defendant
                                          Gilberto Carrillo Ochoa

DATED:  March 3, 2008

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                           /s/ Clemente M. Jimenez for
                                          KYLE REARDON
                                          Assistant U.S. Attorney


    IT IS SO ORDERED.

DATED: March 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE